**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


**BRENCO OIL, INC.,**

          *Plaintiff,*       :        **CIVIL ACTION**

                          :

     **v.**                  :

                          :

**CASANDRA K. BLANEY et al.,**    :

          *Defendants.*     :       **No. 17-3938**

                          :

## <u>O R D E R</u>

**AND NOW**, this 13th day of December, 2017, upon consideration of Defendants' Motion to Dismiss (Doc. No. 13), Plaintiff's Response to the Motion (Doc. No. 15), and Defendants' Reply in Support of the Motion (Doc. No. 19), it is hereby ordered that:

1. The Motion to Dismiss (Doc. No. 13) is **GRANTED.**

2. The Plaintiff is granted leave to amend its Complaint in a manner consistent with the Memorandum which accompanies this Order.


                                   BY THE COURT:


                                   <u>S/Gene E.K. Pratter</u>
                                   GENE E.K. PRATTER
                                   UNITED STATES DISTRICT JUDGE