IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENCO OIL, INC.** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CASANDRA K. BLANEY, et al.** | : | NO.  17-3938 |
| *Defendants*. | : | |

## O R D E R

**AND NOW, TO WIT:**  This 22nd day of January, 2018, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

S/Rose A. Barber
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
Alexander J. Palamarchuk
Marc B. Zingarini
Mary J. Larkin
Megan Linsley Davis
Patricia Fecile-Moreland